United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD R.-L.,<br>Petitioner,<br><br>v.<br><br>*WARDEN,* PORT ISABEL<br>PROCESSING CENTER, *et al.,*<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-1155 |

**ORDER**

Before the Court is "Respondents' Advisory." Dkt. No. 7. In their Advisory, the Government informs the Court that Petitioner was transferred to Krome North Processing Center on November 07, 2026, which is located in Miami, Florida.

To facilitate the Court's decision on whether to transfer this case, the Court **ORDERS:**

1) the parties confer with one another regarding transferring this case to the Southern District of Florida at Miami, and;
2) the parties to file, by **no later than November 20, 2026**, either: a joint status report detailing the parties' agreement in transferring this case OR separate briefs detailing why the parties' disagree in transferring this case.

Once the Court receives the above document(s), the Court will determine whether its § 2243 order will remain in effect. The Court also reminds the parties that unless all affected parties consent to the transfer, an order that transfers a civil case or civil miscellaneous matter to a district court outside the Fifth Circuit is stayed for 21 days from the date the order is entered on the docket. *See* General Order 2024-02.

Signed on November 18, 2026.

Karen Betancourt
United States Magistrate Judge